Decided March 21, 2007

## WILLIAM ASKEW *v.* COMMISSIONER OF CORRECTION

The petitioner William Askew's petition for certification for appeal from the Appellate Court, 98 Conn. App. 907 (AC 27090), is denied.

*Mark Diamond*, special public defender, in support of the petition.

*Christopher T. Godialis*, senior assistant state's attorney, in opposition.

Decided March 27, 2007

## MATTHEW SKINNER ET AL. *v.* PETER J. DOELGER ET AL.

## MATTHEW SKINNER ET AL. *v.* MICHAEL MOROSKY

The plaintiffs' petition for certification for appeal from the Appellate Court, 99 Conn. App. 540 (AC 25644/ AC 26764), is denied.

*Joel H. Lichtenstein, William M. Bloss* and *Cynthia C. Bott*, in support of the petition.

*Lorinda S. Coon*, in opposition.

Decided March 27, 2007